IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Irvin Vernon Mason,   #222300,      )  <br>                                                  )  <br>                      Petitioner,       )  <br>                                                  )  <br>       vs.                                     )  <br>                                                  )  <br>Warden, Evans Correctional Institution,  )  <br>                                                  )  <br>                      Respondent.    )  <br>_____) | C/A No. 3:08-1851-MBS <br><br>**O R D E R** |

  Petitioner Irvin Vernon Mason is an inmate in custody of the South Carolina Department of Corrections.  Petitioner currently is housed at Evans Correctional Institution in Bennettsville, South Carolina.  On May 12, 2008, Petitioner, proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  This matter is before the court on motion for summary judgment filed by Respondent on September 5, 2008 (Entry 15).  By order September 8, 2008, pursuant to <u>Roseboro v. Garrison</u>, 528 F.2d 309 (4th Cir. 1975), Petitioner was advised of the summary judgment procedures and the possible consequences if he failed to respond adequately.  Petitioner filed a response in opposition to Respondent's motion on September 17, 2008.

  In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pretrial handling.  On March 10, 2009, the Magistrate Judge issued a Report and Recommendation in which he determined, among other things, that Petitioner's § 2254 petition is barred by the applicable one-year limitations period.  See 28 U.S.C. § 2244(d).  Accordingly, the Magistrate Judge recommended that Respondent's motion for summary judgment be granted.  Petitioner filed no objection to the Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility for making a final determination remains with this court. Mathews v. Weber, 423 U.S. 261, 270 (1976). The court is charged with making a de novo determination of any portions of the Report and Recommendation to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or may recommit the matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1). In the absence of objections to the Report, this court is not required to give any explanation for adopting the recommendation. Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The court has carefully reviewed the record and concurs in the recommendation of the Magistrate Judge. The court adopts the Report and Recommendation and incorporates it herein by reference. Accordingly, Respondent's motion for summary judgment (Entry 15) is **granted** and the petition dismissed.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

April 9, 2009.

**NOTICE OF RIGHT TO APPEAL**
**Petitioner is hereby notified that he has the right to appeal this order**
**pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.**